UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:15-CV-14209-ROSENBERG/LYNCH

DAVID POSCHMANN,

    Plaintiff,

v.

LAKESIDE SHOPPING CENTER, LLC *et al.*,

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Conditional Stipulation of Dismissal of Beutel Family Enterprises, LLC with Prejudice [DE 42]. The Court has carefully reviewed the Conditional Stipulation and the entire court file, and is otherwise fully advised in the premises.[1]

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED WITH PREJUDICE** as to Defendant Beutel Family Enterprises, LLC.

2. The Court retains jurisdiction solely for the purpose of enforcing the terms of the parties' settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

3. All pending motions are **DENIED AS MOOT**, all scheduled hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 15th day of October, 2015.

Copies furnished to:
Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that this case has previously been dismissed with prejudice as to Defendant Lakeside Shopping Center, LLC. *See* DE 33. The Court also notes that Default Final Judgment has been entered against Defendant Fratelli's, Inc. *See* DE 41. The dismissal of Defendant Beutel Family Enterprises, LLC therefore disposes of all remaining claims in this case.